**JONES & SCHWARTZ, P.C.**
ONE OLD COUNTRY ROAD, SUITE 384
CARLE PLACE, NEW YORK 11514
(516) 873-8700 · (516) 873-8711 FAX

August 20, 2009

Kevin P. Claffey, Esq.
Law Offices of Kevin P. Claffey, P.C.
19 Fulton Street, Suite 402
New York, NY  10038

*In re:  Globe Restaurant Group, Inc.*
*Case No.  1-09-44900 (DEM)*

Dear Mr. Claffey:

    This letter is to confirm that the Section 341 Meeting of Creditors in the above referenced case scheduled for August 26, 2009 at 12:30 p.m. will proceed as scheduled.  Please advise your client that they <u>must</u> <u>appear.</u>

                  Respectfully submitted,

                  <u>/s/Jeffrey H. Schwartz</u>

                  Jeffrey H. Schwartz

JHS:gmk