# JONES & SCHWARTZ, P.C.
ONE OLD COUNTRY ROAD, SUITE 384
CARLE PLACE, NEW YORK 11514
(516) 873-8700 · (516) 873-8711 FAX

February 22, 2010

Kevin P. Claffey, Esq.
Law Offices of Kevin P. Claffey, P.C.
19 Fulton Street, Suite 402
New York, NY  10038

*In re:  Globe Restaurant Group, Inc.*
*Case No.  1-09-44900 (DEM)*

Dear Mr. Claffey:

     Please be advised that the Section 341 Meeting of Creditors has been adjourned from February 25, 2010 to March 25, 2010 at 12:30 p.m.

                                Very truly yours,

                                /s/Jeffrey H. Schwartz

                                Jeffrey H. Schwartz

JHS:gmk